UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA

                -against-

JOHN R. LORD,

                        Defendant.

------------------------------------------------------------X

**MEMORANDUM**

25 Cr. 149 (NSR)

TO:    NELSON S. ROMÁN, UNITED STATES DISTRICT JUDGE

       Please find attached a transcript of the April 3, 2025, plea allocution over which I presided, setting forth my Report and Recommendation to you. Please let me know if I can be of further assistance.

Dated:  May 13, 2025
          White Plains, New York

                                                    Respectfully submitted,

                                                    ANDREW E. KRAUSE
                                                    United States Magistrate Judge

May 13, 2025

      This transcript represents my Report and Recommendation to the Honorable Nelson S. Román, United States District Judge.

**SO ORDERED.**

_____
ANDREW E. KRAUSE
United States Magistrate Judge