

**MEMO ENDORSED**



U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*50 Main Street, Suite 1100*
*White Plains, New York 10606*

May 16, 2025

**BY ECF**

Honorable Nelson S. Román
United States District Judge
Southern District of New York
The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601

    Re:    <u>United States v. John Lord, 25 Cr. 149 (NSR)</u>

Dear Judge Román:

    On April 4, 2025, the defendant in the above-captioned case entered a change of plea before the Hon. Andrew E. Krause, U.S.M.J. Sentencing was scheduled before Your Honor for July 10, 2025. The Government respectfully requests, with consent from the defense, that the sentencing be adjourned to August 1, 2025, at 3:00 p.m., which we understand from Your Honor's deputy is available to the Court.

        Respectfully submitted,

        JAY CLAYTON
        United States Attorney for the
        Southern District of New York

    by: _____
        Shaun E. Werbelow
        Assistant United States Attorney
        (914) 993-1962

cc:    Rachel Martin, Defense counsel (via ECF)

**The Govt's request to adjourn the Sentencing from July 10, 2025 to Aug. 1, 2025 at 3:00 pm is GRANTED with Deft's consent. Clerk of Court is requested to terminate the motion at ECF No. 39.**
**Dated: White Plains, NY**
      **May 28, 2025**

SO ORDERED:

_____
HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/28/2025__