August 30, 2024

    My name is John Lord. I am 41 years old and my residence since August 31, 2024, has been Westchester County Department of Corrections. If I may, I would greatly appreciate a few minutes of your time. I would like to sincerely express my deepest heart felt apologies, sympathies, regret, and remorse. I am extremely sorry for my inexcusably, inappropriate, reckless, pervasive, vulgar, disgusting, disturbing sexual words, actions, images, and videos. I am genuinely sorry from the bottom of my heart and soul for my repulsive decisions and mistakes.

    A year ago, I was at a place in my life where I felt like I was not good enough for nobody. I was depressed and not thinking clearly. [REDACTED]

    My house was very chaotic growing up. I never knew what to expect. One night it could be loud music and drinking. The next it could be my mom and her friends in the bedroom with the door closed doing drugs. Or it could be mom at the bar. Me and my siblings would just stare out the window hoping to see her walk home from the bar. We never knew what to expect. I just knew I had to get my siblings to sleep and get them up to school. I either had to go to school or stay home and take of my mom depending how hungover she was. There was a night she fell asleep in the tub filled with water. I was scared she would drown so took care of her. I always had to be on high alert for everyone and everything. My siblings were younger, so they'd be the ones to hide under the bed while I tried to mediate. When my mom got hit by boyfriends I'd be the one to get help. Then the boyfriends started immobilizing me so I couldn't get help. They'd hit me and corner me in a room. I've seen my mom get some really bad beatings and even get stabbed. She passed away with bald spots on her from getting her hair pulled out and it never grew back.



    Jumping forward to the last couple years I was coming back to the east coast after being in Arizona, back to what I previously left. I left Massachusetts around 2017 because I felt alone and like there were no opportunities for me. I was working at the hospital in North Adams, MA, but it shut down and I was struggling with my mom's death. I was behind on my rent. I sold my furniture to try to make it by. I felt dead there. There was nothing going in my favor. Then I met Tony and I was swept off my feet. We were both struggling but uplifting each other. We met each other at a low spot but helped build each other back up. We moved to Arizona together and had great jobs there. My family accepted him and that was one of the reasons I felt like it was meant to be. He was strong minded and confident. I was inspired by the way he carried himself. I still remember crying breaking up. He told me he'd always love me. That relationship meant so much to me and was the time in my life I actually felt good about myself and my

future. All my successes I had were with him. Everything I built up was with him. He made me try more, he made me more confident, made me be better. I felt like he really loved me.

When things ended with Tony I ▮▮▮▮▮▮▮▮. The only silver lining was it was exciting to maybe start having a relationship with my brother Eddie. It had been years of talking on the phone reconnecting but I maybe saw him once when I was visiting from Arizona. When he invited me to live with him I wanted to go but it was like coming back to what I left and why I left. I didn't know if things changed or if they could. I didn't know if he or any of my family accepted me for who I am. When I came back home after five years part of me did expect to be closed off again to my family. They told me many times growing up and into adulthood they felt a type of way about me being gay. All I knew was I can't feel worse than I already do. It got to a point where it felt like if I didn't leave Arizona it was consuming me and it wasn't gonna be good if I stayed.

I was so happy Eddie and I were getting along, but I was trying to fill a void not having a partner. The breakup with Tony and then with my next boyfriend. The relationship after Tony wasn't as meaningful but still filled the void. I felt empty not having someone I could share certain things with. I spent all my free time on Grindr trying to fill that void. I became reckless and lost my moral compass.

I am who heartily sorry for abandoning my morals and breaking the law. I assure you it will never happen again. I truly wake up every day sickened by myself. I feel filthy, ashamed, disgusted, and mortified by my words, actions, and what I've caused. I am so consumed by the hurt, pain, grief, and tears I have caused the victim and the victim's family. I feel like I am drowning inside with no way out. I wish I could crawl out of my own skin. I can't stand myself or the results of my actions for the victim or the victim's innocent family. I am truly sorry for the torment and misery, the pain and suffering, and any fear I brought.

With a heavy regretful heart I am sincerely sorry for everything right from where it all started on the dating sight. I am sorry for even saying hello to the victim. I'm sorry I let our communications progress. I'm truly sorry for crossing all the boundaries I crossed. I seriously wish I didn't. I'm deeply sorry I used pervasive, vulgar, disgusting and sexual words, actions, images, and videos. I'm truly sorry for sending all the messages I sent. I'm sorry for the content that the messages consisted of. It's all so graphic, disgusting, and revolting. I make myself sick.

I wish I could take it all back and fix everything. My decisions and mistakes have destroyed me on the inside. I deserve to feel the way that I do. I am loving, caring, thoughtful, and sensitive person and it eats me alive everyday to know the hurt, pain and suffering I have caused. I wish I could take it all away. I promise this will never happen again. I mean it NEVER AGAIN. I will never allow myself to lose accountability for what I have done. I'm ashamed of myself with all my heart, body, mind, and soul. I take full responsibility for my actions. I will indefinitely have and feel regret, sorrow, and remorse. All of it is repulsive and revolting.

I would also like to ask you for the opportunity to attend a program or multiple programs if at all possible. I want to get treatment. Since being at the jail ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Getting my GED was the first thing I did in here in jail. I passed it all the first time. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ know I can work hard

and have self-control when something doesn't help me. With guidance and skills, I can get myself back on track. I just want to communicate with my family, work hard, get treatment, and gain any bit of freedom back. I would be open to treatment so I can prove not only with my words, but with my actions this won't happen again.

███████████████████████████████████████████████████████████████
██████████████ I had to grow up at such a young age and help my family. By the time things were stable enough to be a child I was an adult.

    I am trying to prove I will never break the law again. I want to prove that I can and will obey the law and rules of my restrictions that will be set in place for me. I want to prove that I can and will be a productive member of society. I want to prove that I can and will make better choices and decisions. I want to prove that I've learned many valuable lessons. I want to prove that my future is going to be positive. I've come to a spot in my life where there's no more running. My insides are full. I can't bottle things up no more.

    Thank you for your time. Thank you for reading my apology letter. I'm sorry I'm in court for such a crime. I'm sorry you have to read what you just read and look at this. I'm going to work hard and continue making the right choices and decisions by following the rules and abiding the law. Thank you.

*Sincerely Yours In Christ*
*John Lord*