# EXHIBIT B

UNDER SEAL - PSYCHOLOGICAL EVALUATION