# EXHIBIT C

UNDER SEAL - SOCIAL WORK REPORT