# EXHIBIT D

Case 7:25-cr-00149-NSR  Document 44-4  Filed 07/14/25  Page 1 of 4

Dear Honorable Nelson Roman,

My brother John is a dedicated brother that took care of us brothers growing up. Always there when we needed him, and he always made sure we were safe and looked after. Weather it was sitting at the window waiting for our parents to come home from the bar at 3 am to make sure they got home safely and we didn't hear them, teaching us important life lessons, being a shoulder to lean on, and being the greatest older brother someone could always wish for. He was truly the rock of our family, forever grateful for him. We knew that no matter what we could always rely on him, and he never let us down. His selflessness and commitment to our well-being shaped us into the people we are today. He is not just our brother, but a true role model to us. It's important to acknowledge the strength and resilience of our brother for being a source of stability and support during challenging times, and upbringing. Having someone who can be a rock during difficult times can make a significant difference in our lives. He truly was the glue that kept us three brothers together, while our parents constantly partied at the bar all night. John getting arrested has completely turned our family upside down. From endless nights of no sleep, and constant worrying, and just knowing he is uncomfortable is just such an uneasy feeling. I speak with my brother as often as he can call me, and often hear the fear and sorrow in every conversation. I just brought my beautiful son into this world 2 ½ years ago, and I was so excited to have my brother living with me going to help my wife and I care for him. That was John's specialty, he helped raised all of us, so I know he'd help navigate us bringing up our first child. Whenever we bring that up on the phone it brings tears to our eyes on both ends of the phone. I hope one day soon he will get that chance. My brother is not a monster, I promise you that. My brother is just such a caring individual you have no idea. These charges do not sum up who my brother truly is. Theres a really good guy behind all of this, and when this is all behind us I will continue to help guide and coach him to keep grinding in life as he always did. We talk all the time and he can not wait to continue on, and get a job and a cozy house and spend time with his family.

Sincerely, John's little brother Edward Slater

Dear Honorable Nelson Roman

This letter is written by Melissa Slater in regard to John lord.

Hello, my name is Melissa, John's sister-in-law and have known John now for 13+ years. At first we lived far apart from each other, but we gave John a new shot at life two years ago. Coming from a tough relationship he wanted a new chance at life so he moved in with us and that's what began our closeness. John is such an amazing man, hard worker, clean-freak, and smart individual. He grew up very rough, along with my husband and their other siblings. My husband always told me he was the rock that kept their family together. From basically being their parent from an early age, to trying to also make a life for himself was never easy, but John always succeeded. He always had a great job, always a go-getter who didn't want to repeat the cycle that his parents did to him. He was the one that everyone looked up too, and I never fully got the chance to see that until he moved in with us. He was such a perfect fit! Always helped us around the house, got a job as quick as he could, and helped us with our son. I quickly realize what a remarkable man my husband always said he was and to see it with my own eyes was incredible. Our relationship grew tremendously, and the bond we got to share is something I never will forget or regret. We miss him very much.

In 2025 there are still problems for people in the LBGTQ+ community. They have to fight day in and day out for what they believe in, and it's still frowned upon in a lot of peoples eyes, but you'd hope to think it will soon be understood. Love is love regardless of someone's gender, and I think this reflects a lot about the hardships John had to go through throughout his life. Not only did he grow up in a broken home, and a father who never accepted him, and having to hide who he truly was is so unfair. People in this community struggle daily because they are out of the 'norm,' and that isn't right. They should be viewed equally. Finding love and keeping relationships is often difficult because they are 'hidden,' because there's always someone who might not 'accept,' or 'understand,' so there's always secrets within, and they can't feel free to express their love like… I guess you could say.. the 'normal,' relationships could. It's not easy, and it could often feel lonely. John was always accepted by us, and could always be himself, that was never a question.

John has been a law abiding citizen his whole entire life. He's 40, and out of all his siblings he was the only one who hasn't gotten in trouble. I know this is deeply affecting him, but my husband and I never stopped talking to him. John is very clean and tidy, loves his family, and cares deeply about everyone he comes in contact with. We are SO over the moon proud because during his time he was

able to get his GED he's always wanted(he's so smart, he just could not finish school due to having to care for his siblings), and he always said he'd do it and finally accomplished that for himself! Not being able to come to our wedding, and missing our son and his nieces grow up I know is extremely difficult. We all back him, and he knows he has a strong family presence beside him through thick or thin because that's what he'd always do for us. Through anything, just like what he sacrificed for his siblings growing up. Family is everything, and all we have forever so I know this is impacting him a lot, but he will always have us.

I truly believe during this time John will reflect, and accept what challenges he has faced, and overcome them all. He will grown, and learn from these and become a better person and be the man I know he is. John is truly such a good man, and we can't wait till he comes home and gets to make memories with us! We love and miss him. We speak to him on the phone whenever we can, and make sure he knows he's loved. He knows it, but we can't wait to just be Reunited again soon.

With love always,

Melissa