

The

University of the Education

State of New York Department

Be it known that

**JOHN LORD**

*having satisfactorily completed the requirements prescribed by the Commissioner of Education is thereby entitled to this*

## High School Equivalency Diploma

In Witness Whereof *the Regents issue the diploma Under the seal of the University of the State of New York*

Commissioner of Education

R148127

MARCH 2024